IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN TEXAS

Civil Action No.  6:21CV57 JCB/KNM
(To be supplied by the court)

JENSEN CASH OVESIAN                                    ,

Plaintiff,

v.

DENTON DISTRICT ATTORNEYS OFFICE         ,
OAK POINT POLICE DEPARTMENT              ,
NORTH TEXAS STATE HOSPITAL               ,
DENTON COUNTY CIVIL UNIT                 ,
PRESTONWOOD BAPTIST CHURCH               ,
COSTCO WHOLESALE                         ,
A1 BEHAVIORAL HEALTH                     ,
WALMART                                  ,
STATE OF TEXAS DEPARTMENT OF HUMAN SERVICES ,

Defendants.

**A.    PARTIES**

JENSEN CASH OVESIAN
9729 EXCURSION DRIVE

OAK POINT, TX 75068

DENTON DISTRICT ATTORNEYS OFFICE
1450 E. MCKINNEY STREET
DENTON, TX 76209

OAK POINT POLICE DEPARTMENT
100 NAILER ROAD
LITTLE ELM, TX 75068

NORTH TEXAS STATE HOSPITAL
4730 COLLEGE DRIVE
VERNON, TX 76384

DENTON COUNTY CIVIL UNIT
1450 E. MCKINNEY STREET
DENTON, TX 76209-4524

PRESTONWOOD BAPTIST CHURCH
6801 WEST PARK BOULEVARD
PLANO, TX 75093

COSTCO WHOLESALE
3650 W. UNIVERSITY DRIVE
MCKINNEY, TX 75071

A1 BEHAVIORAL HEALTH
3740 N JOSEY LANE
NORTH CARROLLTON, TX 75007

WALMART
4691 STATE HIGHWAY 121
LEWISVILLE, TX 75056

STATE OF TEXAS DEPARTMENT OF HUMAN SERVICES
3612 E MCKINNEY ST
DENTON, TX 76209

---

**COMPLAINT**

---

### B.     CLAIM ONE

Plaintiff claims, DENTON DISTRICT ATTORNEYS OFFICE, is an intended party in an intentional already planned act that will violate his civil and constitutional rights. Namely false reporting done by parties Lorna Dekold or Lorna Ovigian and David Dekold or Dave Dekold. Plaintiff insists that DENTON DISTRICT ATTORNEYS OFFICE not act on any paperwork filed to their office from those parties parties listed above as they now have notice that false reporting is intended. Those parties reside at 9729 Excursion Drive, Oak Point, TX 75068. DENTON DISTRICT ATTORNEYS OFFICE shall refrain from filing charges against plaintiff.


### C.     CLAIM TWO

Plaintiff claims, OAK POINT POLICE DEPARTMENT, responded to a false report and that did in fact violate his civil and constitutional rights. Namely false reporting done by parties Lorna Dekold or Lorna Ovigian and David Dekold or Dave Dekold. Plaintiff insists that OAK POINT POLICE DEPARTMENT to never enter the residence at 9729 Excursion Drive, Oak Point, TX 75068 ever under any circumstances. Furthermore OAK POINT POLICE DEPARTMENT shall not act on any reports to their office from those parties listed above as they now have notice that false reporting has occured. Those parties reside at 9729 Excursion Drive, Oak Point, TX 75068. OAK POINT POLICE DEPARTMENT instructed not to dispatch police, fire, or ambulances units to this residence either.


### D.     CLAIM THREE

Plaintiff claims, NORTH TEXAS STATE HOSPITAL, is an intended party in an intentional already planned act that will violate his civil and constitutional rights. Namely false reporting done by parties Lorna Dekold or Lorna Ovigian and David Dekold or Dave Dekold. Plaintiff insists that NORTH TEXAS STATE HOSPITAL not act on any paperwork filed to their office from those parties parties listed above as they now have notice that false reporting is intended. Those parties reside at 9729 Excursion Drive, Oak Point, TX 75068. NORTH TEXAS STATE HOSPITAL is forbidden from detaining, housing, or medicating plaintiff against his will.


### E.     CLAIM FOUR

Plaintiff claims, DENTON COUNTY CIVIL UNIT, is an intended party in an intentional already planned act that will violate his civil and constitutional rights. Namely false reporting done by parties Lorna Dekold or Lorna Ovigian and David Dekold or Dave Dekold. Plaintiff insists that DENTON COUNTY CIVIL UNIT not act on any paperwork filed to their office from those parties parties listed above as they now have notice that false reporting is intended. Those parties

reside at 9729 Excursion Drive, Oak Point, TX 75068. DENTON COUNTY CIVIL UNIT shall refrain from filing civil matters against plaintiff.

## F. CLAIM FIVE

Plaintiff claims, PRESTONWOOD BAPTIST CHURCH, misused its status an a non-profit organization. PRESTONWOOD BAPTIST CHURCH denied the government of tax revenue by misuse of tax exempt status. PRESTONWOOD BAPTIST CHURCH deprived him of funds that were given for his use, and deprivation of such then caused his civil and constitutional rights to be violated. Said funds were misappropriated, concealed, used in discriminatory manner, and or spent without just cause.

## G. CLAIM SIX

Plaintiff claims, COSTCO WHOLESALE, harassed him. As a result of this harassment, person issuing ride was embarrassed and refused plaintiff of all future requests for transportation. Plaintiff claims his civil and constitutional rights were violated. COSTCO WHOLESALE is instructed not to harass plaintiff at any locations. Because plaintiff lives in Texas, he is therefore unable to transport as there is no public transportation available.

## F. CLAIM SEVEN

Plaintiff claims, A1 BEHAVIORAL HEALTH, was party to the violation of plaintiffs civil and constitutional rights. Namely products or services were given of which facilitated the use in false reporting. A1 BEHAVIORAL HEALTH, shall refrain from any and all activities involving plaintiff.

## G. CLAIM EIGHT

Plaintiff claims, WALMART, harassed him, made false allegations, and caused defamation. Plaintiff claims his civil and constitutional rights were violated. WALMART is instructed not to harass plaintiff at any locations.

## H. CLAIM NINE

Plaintiff claims, STATE OF TEXAS DEPARTMENT OF HUMAN SERVICES, deemed eligibile for food stamps, then provided inaccessible funds. STATE OF TEXAS DEPARTMENT

OF HUMAN SERVICES told plaintiff he was federally eligible for Medicaid but that there was no federal money available in Texas, and this denied plaintiff federal entitlement to medical/dental/mental health via Medicaid. Plaintiff claims his civil and constitutional rights were violated.

## H. ADDITIONAL CLAIMS

Additional parties and additional claims will be added to this lawsuit as addendum. Additional parties are currently not filed on this claim due to life endangerment or other reasons.

## I. REQUEST FOR RELIEF

Plaintiff requests $6 million per claim. Plaintiff will immediately reduce request to $2 million on any claims in which the party listed appropriates funds for the hiring of legal defense for plaintiff to prevent further rights infringements.

## J. PLAINTIFF'S SIGNATURE

_____
(Plaintiff signature)


_____February 5, 2021_____
(Date)

Jensen Ovesian
9729 Excursion Drive
Oak Point, TX 75068

NORTH TEXAS TX P&DC
DALLAS TX 750
6 FEB 2021 PM 7 L

US DISTRICT COURT FOR THE DISTRICT OF EASTERN TEXAS
ATTN: CLERK OF THE COURTS
211 WEST FURGUSON STREET, STE 106
TYLER, TX 75702