# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **JENSEN CASH OVESIAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 4:21-cv-168-ALM-KPJ |
| **DENTON DISTRICT ATTORNEYS** § | |
| **OFFICE,** *et al.*, § | |
| § | |
| Defendants. § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 16, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #25) that Plaintiff Jensen Cash Ovesian's claims against the following defendants be dismissed without prejudice for want of prosecution: Denton District Attorneys Office, Oak Point Police Department, North Texas State Hospital, Denton County Civil Unit, Prestonwood Baptist Church, Costco Wholesale, Walmart, State of Texas Department of Human Services, State Farm, Little Elm Post Office, Square, Social Security Administration, American Legend Homes, Chesmar Homes, Coventry Homes, Highland Homes, Pulte Homes, BBVA, Texas Secretary of State, United States Department of State, Texas Department of Public Safety, and Denton County Courthouse (together, the "Defendants"). *See* Dkt. #25.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's claims against Defendants Denton District Attorneys Office, Oak Point Police Department, North Texas State Hospital, Denton County Civil Unit, Prestonwood Baptist Church, Costco Wholesale, Walmart, State of Texas Department of Human Services, State Farm, Little Elm Post Office, Square, Social Security Administration, American Legend Homes, Chesmar Homes, Coventry Homes, Highland Homes, Pulte Homes, BBVA, Texas Secretary of State, United States Department of State, Texas Department of Public Safety, and Denton County Courthouse are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**
    **SIGNED this 16th day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE